UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA *ex rel.*
DAVID A. VELTZ,

                        Plaintiff/Relator,

v.                                                   **ORDER**
                                                     01-CV-190S

ALLEGANY REHABILITATION ASSOC. INC.,

                        Defendant.

On June 4, 2010, Plaintiff filed a Motion for Extension of Time to Complete Discovery. (Docket No. 113.) The motion is granted. Counsel shall adhere to the following stipulated expert discovery schedule:

| | |
|---|---|
| Disclosure of Plaintiff's Coding/Billing Expert(s) | June 28, 2010 |
| Disclosure of Defendant's Accountant/Billing Coding Expert(s) Report(s) | July 9, 2010 |
| Disclosure of Plaintiff's Coding/Billing Expert(s) Report(s) | July 22, 2010 |
| Deposition of Defendant's Accountant/ Billing/Coding Expert(s) | July 28, 2010 |
| Deposition of Plaintiff's Coding/Billing Expert(s) | August 5, 2010 |

IT HEREBY IS ORDERED, that Plaintiff's Motion for Extension of Time to Complete Discovery (Docket No. 113) is GRANTED.

FURTHER, that counsel shall adhere to the expert discovery schedule set forth above.

FURTHER, that this is the <u>final</u> extension of the discovery schedule.

1

FURTHER, that the status conference scheduled for July 23, 2010, at 9:00 a.m. is ADJOURNED to August 23, 2010, at 9:00 a.m.

SO ORDERED.

Dated: June 25, 2010
      Buffalo, New York

      /s/William M. Skretny
      WILLIAM M. SKRETNY
      Chief Judge
      United States District Court