IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA, ex rel.,
DAVID A. VELTZ,

        Plaintiffs,

    v.
                                          01-CV-190S

ALLEGANY REHABILITATION
ASSOCIATES, INC.,

        Defendant.
_____

## ORDER

The United States having declined to proceed in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(c)(3), the Court rules as follows:

**IT IS ORDERED** that,

1. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3).  The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

2. The parties shall serve all notices of appeal upon the United States;

3. All orders of this Court shall be sent to the United States; and that

4. Should the relator or the defendant propose that this action be dismissed,

settled, or otherwise discontinued, it must do so upon notice to the United States and the United States must timely notify the Court if it wishes to be heard on the issue before any ruling.

**IT IS SO ORDERED,**

Dated: February 14, 2012
Buffalo, New York

s/William M. Skretny
WILLIAM M. SKRETNY
Chief Judge
United States District Court
